(Post 9/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 15 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Sherri Artis                                                          PLAINTIFF

v.                    No. 4:21cv1090-BSM

Andrew Saul, Commissioner, SSA                                        DEFENDANT

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Sherri Artis, requests the Court to appoint counsel in this case for the following reasons:

1. Plaintiff is unable to pay the costs of this action (*see* Affidavit of Forma Pauperis);

2. Plaintiff's knowledge of the practice of law is very limited and the issues in this case are complex; without the assistance of counsel, plaintiff will be unable to meaningfully pursue this claim;

3. Plaintiff has been unable to obtain counsel independently.[1] Plaintiff has made a good faith effort to obtain representation in this matter, and has contacted at least three (3) attorneys. Below are the attorneys contacted and the reason they would not represent plaintiff.

Name Morgan & Morgan     Reason asked for letter of release
Date _____ Phone (___)        from prior attorney. Gave no
                              reason for denial

Name Benjamin Crump      Reason Gave no reason for
Date _____ Phone (___)        denial

Name Bakari Sellers      Reason Out of Area
Date _____ Phone (___)
                         Another attorney said their caseload is too heavy

4. The ends of justice would be best served in this case if counsel were appointed.

Respectfully submitted,

_____
Plaintiff's Signature
Date 11/15/2021

---

[1] *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1005 (8th Cir. 1984.) ("The court should satisfy itself that plaintiff has in good faith attempted to retain counsel and has been unsuccessful.")