8/8/2022

#421-cv-01090-BSM
Artis v Social Security

Reporting new address and telephone number
9309 E Woodruff Ave
Sherwood, AR 72120
(360) 892-8709
email: sheroyal1958@yahoo.com

My request for counsel was denied. I have been unable to locate counsel inside the state of ~~the~~ Arkansas. I also check Oregon and Washington. This case was requested for appeal prior to expiration of the EEO Complaint period. My attorney refused to appeal. He allowed period to expire. I have been quite ill due to the abuse that was allowed to be carried out against me by the Social Security Administration. I did not realize the gravity of their collusion to retaliate against me for the 2009 EEO complaint. Can this be remanded back to EEO for appeal? The behavior of Social Security was not only illegal it was meant to destroy me and my career. I am currently in trauma therapy and have been in psyche ward due to this abuse

Sheryl Artis

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 0 8 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK