# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHERRIL ARTIS**                                                                     **PLAINTIFF**

**v.**                        **CASE NO. 4:21-CV-01090-BSM**

**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## ORDER

Due to an internal error, summons was neither issued nor served. The clerk is directed to prepare summons for the United States Social Security Administration and deliver it, along with a copy of the complaint [Doc. No. 2] and this order, to the United States Marshal Service. The Marshal is directed to serve the following: Merrick B. Garland, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave., N.W., Room 4400, Washington D.C. 20530; Johnathan D. Ross, Acting United States Attorney, Eastern District of Arkansas, P.O. Box 1229, Little Rock, Arkansas 72203-1229; and Kilolo Kijakazi, Acting Commissioner of the SSA, Office of the Regional Chief Counsel, Region VI, SSA, 1301 Young Street, Ste. 340, Mailroom 104, Dallas, Texas 75202-5433. The deadline for completing service is extended until January 13, 2023.

IT IS SO ORDERED this 13th day of December, 2022.

                                                            _/s/ Brian S. Miller_
                                                   UNITED STATES DISTRICT JUDGE