IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHERRIL ARTIS**                                                                                         **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-01090-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE